```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DONALD T. NETTER,

                    Plaintiff,

          - against -                    O R D E R

NRT NEW YORK LLC d/b/a THE CORCORAN      16 Civ. 8211 (NRB)
GROUP,

                    Defendant.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

For the reasons stated in the record in open court on November 3, 2016, regarding the arbitration proceeding brought by defendant NRT New York LLC d/b/a The Corcoran Group against plaintiff Donald T. Netter and non-party The Ann Holdings, LLC to compel payment of a brokerage commission for the sale of a condominium unit (the "Arbitration"), it is hereby

**ORDERED** that defendant is enjoined from pursuing the Arbitration against Netter and the Clerk of the Court shall close the case.

Dated:   New York, New York
         November 3, 2016

                                         /s/ Naomi Reice Buchwald
                                         NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE